ROBERT E. SCHROTH, JR, ESQ. (SBN 212936)
2044 First Avenue, Suite 200
San Diego, California 92101
Telephone: (619) 233-7521
Facsimile: (619) 233-4516

FILED
2007 AUG 28 AM 8:56
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

_____ CP _____ DEPUTY

Attorney for Material Witness, Gemma BARAJAS-Medina

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PABLO SANCHEZ-ANTONIO,<br><br>    Defendant. | Criminal Case No.: 06CR0667<br>Magistrate Case No: 06MJ0560<br><br>**Amended** Order to Exonerate the Appearance Bond for the Material Witness and Disburse the Bond Funds |

### ORDER

IT IS ORDERED that the personal surety bond for $5,000.00, which secured the presence of material witness Gemma BARAJAS-Medina is exonerated.

IT IS FURTHER ORDERED that the Clerk of the District Court shall release and disburse the $500.00 held in the Registry of the Court to the surety:

**Christina Stavrakis**
**8477 Suva Street**
**Downey, CA 90240**

Dated: 8/27/07

_____
U. S. Magistrate Judge

- 1 -

Order to Exonerate the Appearance Bond for the Material Witness